UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LAWRENCE MOORE,

      Petitioner,

                No. 9:03-CV-0053
  v.               (FJS/DEP)

CALVIN WEST, Superintendent,

      Respondent.

APPEARANCES:        OF COUNSEL:

LAWRENCE MOORE, pro se
99-B-0773
Elmira Correctional Facility
Box 500
Elmira, NY   14902-0500

HON. ANDREW M. CUOMO    SENTA B. SIUDA, ESQ.
Office of Attorney General     Assistant Attorney General
615 Erie Blvd. west, Suite 102
Syracuse, NY   13204

**FREDERICK J. SCULLIN, JR., S.J.:**

### ORDER

  Presently before the Court is Magistrate Judge David E. Peebles' Report-Recommendation filed on February 20, 2007 in which he recommends that the petition be denied and dismissed in its entirety.  The Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation have been filed even

though, as per the direction of Senior Judge Frederick J. Scullin, two extensions of time to file objections to the report-recommendation were granted; one on the 27th of February, 2007 and the second extension granted on March 30, 2007,  it is

**ORDERED**, that the petition in this matter is **DENIED** and **DISMISSED** in its entirety, and it is further

**ORDERED**, that the Clerk of the Court is to enter judgment in favor of the Respondent and close this case.

IT IS SO ORDERED.

DATED: May 1, 2007
        Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge